UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KIMBERLY A. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:13-cv-041-TWP-TAB |
| | ) | |
| THE WATERS OF MUNCIE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Kimberly A. Smith and Defendant The Waters of Muncie, LLC, by their respective counsel, hereby stipulate and agree that all claims filed by the parties as part of this cause of action should be dismissed with prejudice.

Respectfully submitted,

/s/Joshua D. Hague
Joshua D. Hague
Krieg DeVault LLP
12800 North Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317) 636-4341
jhague@kdlegal.com

Attorney for Defendant

/s/ Christopher E. Clark
Christopher E. Clark
GOODIN ABERNATHY, LLP
8900 Keystone Crossing,
Suite 1100
Indianapolis, IN  46240
(317) 843-2606
Cclark@goodinabernathy.com

Attorney for Plaintiff

KD_5837306_1.DOC